JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB and JESSIE JAMES DAVIS IV, <br><br> Plaintiffs, <br><br> v. <br><br> RWBP 1820 WHITLEY, L.P., <br><br> Defendant. | CV 21-2672 PA (MAAx) <br><br> JUDGMENT |

Pursuant to the Court's August 16, 2021 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: August 16, 2021

                                                   Percy Anderson
                                     UNITED STATES DISTRICT JUDGE